UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI HERNANDEZ, | Case No.: 1:13-cv-00225 - JLT |
| Plaintiff, | ORDER RE-CLASSIFYING THE MATTER AS A CIVIL ACTION |
| v. | |
| CHRISTOPHER DALTON, et al., | |
| Defendants. | |

Plaintiff Eli Hernandez ("Plaintiff") is currently incarcerated at the Kern County Jail in Bakersfield, California. (Doc. 1). On February 13, 2013, Plaintiff initiated this action by filing his complaint against Christopher Dalton and Seann Woessner, officers of the Bakersfield Police Department ("Defendants"). *Id.*

The case was originally designated as a prisoner case brought pursuant to the Civil Rights Act, as set forth in 42 U.S.C. § 1983. Although Plaintiff is a prisoner, he is not challenging the conditions of his confinement, or stating a claim against officers of the institution in which he is incarcerated. Rather, Plaintiff asserts Defendants used excessive force in the course of his arrest on October 1, 2012. (Doc. 1 at 3-4). Thus, this case should not be classified as a prisoner's civil rights action but as a civil action subject to Local Rule 301 and Fed. R. Civ. P. 73.

///

///

1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of the Court is DIRECTED to reclassify this matter as a civil action.

IT IS SO ORDERED.

Dated: **March 4, 2013**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE