UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI HERNANDEZ,<br><br>            Plaintiff<br><br>     v.<br><br>CHRISTOPHER DALTON and<br>SEANN WOESSNER,<br><br>            Defendants | CASE NO. 1:13-CV-0225 AWI JLT<br><br>ORDER VACATING JULY 22, 2013 HEARING DATE AND TAKING MOTION TO DISMISS UNDER SUBMISSION |

   Defendants have noticed for hearing and decision a motion to dismiss.  The matter was scheduled for a hearing to be held on July 22, 2013.  Plaintiff failed to file either an opposition or a notice of non-opposition 14 days before July 22, 2013.  See Local Rule 230(c).  As such, Plaintiff is in violation of the Local Rules.  See Local Rule 230(c).  The Court has reviewed Defendants' motion and the applicable law and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 22, 2013 is VACATED, and no party shall appear at that time.  As of July 22, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 19, 2013                                    _____
                                                                              SENIOR  DISTRICT  JUDGE