# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER DALTON and SEANN WOESSNER,<br><br>    Defendants. | CASE NO. 1:13-CV-0225 AWI JLT<br><br>ORDER VACATING HEARING |

Defendants have noticed for hearing and decision a motion to dismiss. The matter was scheduled for a hearing to be held on October 28, 2013. Plaintiff failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). As such, Plaintiff is in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The Court has reviewed Defendants' motion and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 28, 2013, is VACATED and no party shall appear at that time. As of October 28, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 25, 2013                              _____

                                                       SENIOR  DISTRICT  JUDGE